# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

3:06CV476
and
3:06CV479

| | |
|---|---|
| JOYCE E. PATTERSON, as Administratrix of the Estate of YOLANDA EVETT PATTERSON HEMPHILL, | |
| Plaintiff, | **ORDER** |
| v. | |
| STEVEN BROWN, *et al*, | |
| Defendants. | |

THIS MATTER is before the Court on its own motion. The above captioned and numbered cases are one and the same.

IT IS HEREBY ORDERED that these two cases be consolidated. Case Number 3:06CV479 is to be closed and the Court will move forward with Case Number 3:06CV476.

IT IS SO ORDERED.

Signed: January 23, 2007

Graham C. Mullen
United States District Judge