# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06CV476

| | |
|---|---|
| **JOYCE E. PATTERSON, as Administratrix of the Estate of Yolanda Evett Patterson Hemphill,** )<br>)<br>)<br>**Plaintiff** )<br>)<br>**v.** )<br>)<br>**GASTON COUNTY et al.** )<br>)<br>**Defendants.** ) | **ORDER** |

**FOR GOOD CAUSE SHOWN**, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that

1. Plaintiff Joyce Patterson shall be granted leave to file a sur-reply to Defendant IPC International's Reply;

2. Plaintiffs shall file a sur-reply in accordance with the Federal Rules of Civil Procedure not later than March 12, 2007.

Signed: March 6, 2007

Graham C. Mullen
United States District Judge