# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06CV476

| | |
|---|---|
| JOYCE E. PATTERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GASTON COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** came before the Court on November 20, 2007 for a status conference and motion hearing.

At the hearing, the Plaintiff's counsel stated that she had intended to file as attachments to the Affidavits of Service [Doc. 95] copies of the certified mail return receipts which she maintains establish service of process on the Defendants. However, there are no such attachments to the Affidavits of Service [Doc. 95], and no such return receipts are otherwise contained in the record.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff's counsel shall have until **November 27, 2007** to file the certified mail return

receipts that were intended to be filed with the Affidavits of Service [Doc. 95].

**IT IS SO ORDERED**.

Signed: November 21, 2007

Martin Reidinger
United States District Judge