# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv476

| | |
|---|---|
| JOYCE E. PATTERSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN BROWN, *et al.,* )<br>)<br>Defendants. )<br>) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

The Court has entered an Order dismissing without prejudice all Defendants in this civil action with the exception of Defendants D. Whitlock, Terry Sult, The City of Gastonia, and Jennifer Stultz (collectively "City of Gastonia Defendants"). The City of Gastonia Defendants filed an Answer to the Plaintiff's Complaint on May 25, 2007.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff and the City of Gastonia Defendants shall conduct an Initial Attorneys Conference within ten (10) days of the entry of this Order, and file certification thereof with the Court within five (5) days thereafter.

**IT IS SO ORDERED**.

Signed: January 23, 2008

Martin Reidinger
United States District Judge