# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:06cv476

| | |
|---|---|
| JOYCE E. PATTERSON, as Administratrix of the Estate of Yolanda Evett Patterson Hemphill, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| STEVEN BROWN, *et al.*, | )<br>) |
| Defendants. | )<br>) |

## **AMENDED PARTIAL JUDGMENT**

For the reasons set forth in the Memorandum and Order filed on January 24, 2008,

**IT IS HEREBY ORDERED** that the following Defendants are hereby **DISMISSED** from this action for lack of proper service of process: (1) Steven Brown; (2) Frankie Bell; (3) Sears Roebuck & Company; (4) Gaston County; (5) Alan Cloninger, individually and in his official capacity as the Sheriff of Gaston County; (6) Gaston County Emergency System; (7) Jan Winters, individually and in his official capacity as the County Manager for

Gaston County; (8) John Doe 1, individually and in his official capacity as an employee of the Gaston County Emergency Management Services; (9) John Doe 2, individually and in his official capacity as an employee of the Gaston County Emergency Management Services; (10) John Doe 3, individually and in his official capacity as a Deputy Sheriff of the Gaston County Sheriff Department; (11) John Doe 4, individually and in his official capacity as a Deputy Sheriff for the Gaston County Sheriff Department; (12) American Service Group d/b/a Prison Health Services; and (13) IPC International.

**IT IS FURTHER ORDERED** that the Defendant Watson Insurance Agency is **DISMISSED** from this action for Plaintiff's failure to prosecute her claim against said Defendant.

**IT IS SO ORDERED.**

Signed: March 3, 2008

Martin Reidinger
United States District Judge