# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joyce E. Patterson,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                      3:06cv476

Steven Brown et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/22/2008 Order.

Signed: September 22, 2008

Frank G. Johns, Clerk
United States District Court