IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-476

| | | |
|---|---|---|
| JOYCE E. PATTERSON, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVEN BROWN, *et al,* | ) | |
|       Defendant. | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Status Conference in Courtroom #3 on **February 14, 2012, at 11:30 a.m.**

IT IS SO ORDERED.

Signed: January 10, 2012

Graham C. Mullen
United States District Judge