IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-476

| | | |
|---|---|---|
| JOYCE E. PATTERSON, | ) | |
|        Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVEN BROWN, *et al*, | ) | |
|        Defendant. | ) | |

    THIS MATTER IS BEFORE THE COURT on its own motion. IT IS ORDERED that the Status Conference set for February 14, 2012 is hereby re-scheduled and the parties are directed to appear in Courtroom #3 on **April 25, 2012 at 10:30 a.m.**

    IT IS SO ORDERED.

                                                              Signed: February 9, 2012

                                                              Graham C. Mullen
                                                              United States District Judge