IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-476

| | |
|---|---|
| JOYCE E. PATTERSON, as Administratrix of the Estate of YOLANDA EVETT PATTERSON HEMPHILL, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| GASTON COUNTY, et al. | )<br>)<br>) |
| Defendants. | ) |

THIS MATTER is before the Court on the Court's own Motion. In accordance with the representations, at the April 25, 2012 status conference, of counsel for Plaintiff and of counsel for Defendants, the following are the only remaining parties to this suit:

1. Plaintiff Joyce E. Patterson, as Administratrix of the Estate of Yolanda Evett Patterson Hemphill;

2. The "County Defendants": Gaston County, Gaston County Sheriff Alan Cloninger (individually and in his official capacity), Gaston County Manager Jan Winters (individually and in his official capacity); and

3. The "City Defendants": The City of Gastonia, City Police Officer D. Whitlock (individually and in his official capacity); City Chief of Police Terry Sult (individually and in his official capacity), and City Mayor Jennifer Stultz (individually and in her official capacity).

No other entity or individual named in Plaintiff's Complaint is currently a party to this suit.

1

IT IS SO ORDERED.

Signed: April 26, 2012

Graham C. Mullen
United States District Judge