IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-476

| | |
|---|---|
| JOYCE E. PATTERSON, as Administratrix of the Estate of YOLANDA EVETT PATTERSON HEMPHILL, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GASTON COUNTY, et al. )<br>)<br>Defendants. ) | **ORDER** |

THIS MATTER is before the Court on the Court's own Motion. To confirm the Court's instruction at the April 25, 2012 status conference, the parties are hereby ORDERED to attend a Judicial Settlement Conference before United States Magistrate Judge David C. Keesler. The Judicial Settlement Conference will be held in Judge Keesler's Chambers on Wednesday, May 30, 2012 at 1:30 p.m. Counsel for each party shall be in attendance along with a representative who possesses settlement authority. If it is not practicable for a representative with settlement authority to physically attend the Judicial Settlement Conference, then counsel shall ensure that a representative is available via telephone.

IT IS SO ORDERED.

Signed: April 26, 2012

Graham C. Mullen
United States District Judge

1