IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-CV-476-GCM

| | | |
|---|---|---|
| JOYCE E. PATTERSON, as Administratrix of the Estate of YOLANDA EVETT PATTERSON HEMPHILL, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| GASTON COUNTY, et al., | ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the scheduling of a Judicial Settlement Conference. Pursuant to the "Order (Document No. 156) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference, and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at **1:30 p.m.** on **Wednesday, May 30, 2012**, in the **Magistrate Courtroom** of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve the Magistrate Courtroom for this purpose.

**SO ORDERED**.

Signed: April 30, 2012

David C. Keesler
United States Magistrate Judge