IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-476-GCM

| | |
|---|---|
| JOYCE E. PATTERSON )<br>*as Administratrix of the Estate of other* )<br>Yolanda Evett Patterson Hemphill, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>GASTON COUNTY, *et al*, )<br> )<br>Defendants. )<br>_____ ) | **ORDER** |

THIS MATTER is before the Court on its own motion. A Certification of Initial Attorney Conference and Discovery Plan was entered in February 2008. Subsequently, a portion of this matter was reversed and remanded by the Fourth Circuit. This case was transferred to the undersigned on September 15, 2010. An answer was filed on September 27, 2010, and the plaintiff took no further action until ordered to a status conference in April of 2012. On May 30, 2012, a Judicial Settlement Conference was held before Magistrate Judge David Keesler and the matter was not resolved.

In light of the foregoing, the Court determines that for scheduling purposes, the parties shall conduct another Initial Attorneys Conference and generate a reasonable schedule to facilitate the final resolution of this matter. IT IS THEREFORE ORDERED that the parties shall file such certification no later than thirty (30) days from the date of this Order.

SO ORDERED.

Signed: June 5, 2012

Graham C. Mullen
United States District Judge