## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:06-CV-476-GCM

| | | |
|---|---|---|
| **JOYCE E. PATTERSON,** as Administratrix of the Estate of **YOLANDA EVETT PATTERSON HEMPHILL,** | ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER** |
| v. | ) ) | |
| **D. WHITLOCK,** individually, and in his official capacity as a City of Gastonia Police Officer, **TERRY SULT**, individually, and in his official capacity as The Chief of Police for the City of Gastonia Police Department, **THE CITY OF GASTONIA**, a municipal corporation, **GASTON COUNTY**, a governmental entity, **ALAN CLONIGER,** individually and in his official capacity as the Sheriff of Gaston County Sheriff Department, **JAN WINTERS**, individually and in his official capacity as the County manager for Gaston County, **JENNIFER STULTZ,** individually and in her official capacity as Mayor for the City of Gastonia, North Carolina, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants,** | ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Parties are directed to appear for a Minor Settlement Conference regarding plaintiff's claims against defendants Gaston County, Alan Cloniger, and Jan Winters on **September 11, 2012 at 10:30 a.m. in Courtroom #3.**

IT IS SO ORDERED.

Signed: July 23, 2012

Graham C. Mullen
United States District Judge